O

FILED
CLERK, U.S. DISTRICT COURT

1/21/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: C. Wynn DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KELVIN SCOTT CHESSMAN, ) CASE NO. CV 14-08768 FMO (RZ)
)
         Petitioner, )
) ORDER ACCEPTING FINDINGS AND
   vs. ) RECOMMENDATIONS OF UNITED
) STATES MAGISTRATE JUDGE
M.D. BITER, WARDEN, )
)
         Respondent. )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court (1) accepts the findings and recommendations of the Magistrate Judge and (2) denies Petitioner's Motion To Excuse Delay [ECF 3].

     DATED: January 21, 2015

/ S /
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE