O

FILED
CLERK, U.S. DISTRICT COURT

1/21/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SCOTT CHESSMAN,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>M.D. BITER, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 14-08768 FMO (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of KELVIN SCOTT CHESSMAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that (1) the Petition is denied as untimely, and (2) the action is dismissed with prejudice.

　　　　DATED: January 21, 2015

　　　　　　　　　　　　　　　　　　　　　　_____/ S /_____
　　　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE